UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LAURIE JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:08CV1966 HEA |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant, ) | |

# OPINION, MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation, of Magistrate Judge Lewis M. Blanton that the Motion to Reverse and Remand, filed by Defendant be granted and that the decision of the Commissioner be reversed and remanded to the Commissioner for further proceedings. None of the parties have filed any objections to the Report and Recommendation within the prescribed time period.

After careful consideration, the Court will adopt and sustain Judge Blanton's Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Reverse and Remand, [Doc. No. 17], is granted.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is reversed under Sentence 4 of 42 U.S.C. § 405(g).

A separate judgment in accordance with this Order is entered this same date.

Dated this 4th day of November, 2009.

_____
   HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE